


BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (323) 489-9483 | CASE NO. 2:15-SW-0320 EFB<br><br>[~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics activities of the parties named in the application and order, signed June 9, 2015, which authorized agents of FBI to obtain information, including E-911 Phase II data, on the physical location of (323) 489-9483, for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41 (f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

///

///

///

1

1     Should the United States seek further postponement of the time within which it must serve the
2 notice, it shall make further application to this Court.
3     IT IS SO ORDERED.

Dated: 8/7/15

*Dale A. Drozd*
Hon. Dale A. Drozd
U.S. MAGISTRATE JUDGE